# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **BUSHRA GORDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **4:20-cv-0084-CDL** |
| **BRIAN ROWLEY, Individually and as Vice** ) | |
| **President of South East Region Sales, and** ) | |
| **U.S. Bank National Association,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Consent to Share Juror Questionnaires with Jury-Research Contractor.

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff may share the juror questionnaires with Plaintiff's jury-research consultant under the conditions proposed by Plaintiff in their Motion.

SO ORDERED, this 9th day of March, 2023

S/Clay D. Land
Hon. Clay D. Land
U.S. District Judge