

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BUSHRA GORDON,

    Plaintiff,

vs.                                                                                                    CASE NO. 4:20-CV-84

BRIAN ROWLEY, Individually and as
Vice President of South East Region
Sales, and U.S. BANK NATIONAL
ASSOCIATION,

    Defendants.

## VERDICT

_____ We, the jury, find in favor of Defendants, Brian Rowley and U.S. Bank National Association, and against the Plaintiff, Bushra Gordon.

OR

✓_____ We, the jury, find in favor of the Plaintiff, Bushra Gordon, and against the Defendants, Brian Rowley and U.S. Bank National Association, and award damages in the amount of:

$ 17,441.75 for reasonable and necessary medical expenses.

$ 150,000.00 for pain and suffering.

SO SAY WE ALL.

Foreperson's Signature

March 16, 2023
Date

1