IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: TRIAL DAY 3  (CONTESTED/EVIDENCE ENTERED)

Date:   March 15, 2023                   Court Time for JS10:  7hrs 21mins

Judge:  JUDGE CLAY D. LAND              Court Reporter:  Joan Drammeh

Courtroom Deputy:   Geoffery Gunn

Case Number:   **4:20-cv-0084-CDL**

**BUSHRA GORDON**                        Counsel:  **JONATHAN M BRODERICK,
                                         PAUL KAUFMAN, SCOTT KUPERBERG**
v.                                       **and SUZZETTE G BRODERICK**

**BRIAN ROWLEY** *Individually and as Vice*      Counsel:  **NICHOLAS J GARCIA, MARIEL**
*President of South East Region Sales,*          **W SMITH and PAUL DOUGLAS IVEY,**
**U.S. National Bank Association,**              **JR**

**Movant**
**PEACH INJURY NETWORK LLC**

Agents:/Experts in Attendance:   Brian Rowley, Defendant

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- ▶ 8:55    Judge Land enters.  The Jury is not present.  The Court takes up cross of the Plaintiff with Defense counsel.
- ▶ 9:06    The Jury enters.  Cross exam of Ms. Gordon by Ms. Mariel Smith.  Exhibits D-50 Body cam (no audio), D-51 Dash cam (no audio), D-52 Dash cam, interior of patrol, D-31 Employment records from Garwyn Oaks Northwest Housing Center, D-33 Employment records from GA Department of Community Affairs D-21 Medical records from Kaiser Permanente, D-20 Medical records from Summit Urgent Care are offered and admitted.
- ▶ 9:55    Plaintiff rest.
- ▶ 4:15    Defense counsel plays a video deposition of Dr. Kevin Stevenson.  Defense exhibits D-1 Expert Dr. Stevenson report 3.1.19, D-2 Expert Dr. Stevenson report 5.16.19, D-3 Expert Dr. Stevenson report 10.25.20, D-4 Expert Dr. Stevenson report 1.29.23 and D-5 Expert Dr. Stevenson handwritten notes are offered and admitted.
- ▶ **10:38**  15 min break
- ▶ **10:53**  Judge Land enters.  Video deposition of Dr. Kevin Stevenson continues.
- ▶ **12:41**  The Jury exits.  Lunch break until 1:45pm.
- ▶ **1:43**   Judge Land enters.  The Jury is not present.  The plaintiff takes up issue with a witness and objections.
- ▶ 1:55    The Jury enters.  The Defense calls Dr. Amy Courtney, Mrs. Mariel Smith.
- ▶ 2:31    Cross of Dr. Courtney, Mr. Kuperberg.
- ▶ **3:10**   Defense rest. 15 min break
- ▶ 3:24    Judge Land enters.  The Jury enters for closing arguments.
- ▶        Mr. Broderick with closing for the Plaintiff.

- 4:00    Mr. Ivey, Jr with closing for the Defense.
- 4:36    Mr. Kaufman on rebuttal.
- 5:00    The Court provides the Jury with instructions.
- 5:19    The Jury exits.  The Jury begins deliberation.
- 5:20    Recess.
- 5:45    Judge Land enters and the Jury enters.  We will be in recess for the night.
- **5:48**    Court adjourned for the day.