IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BUSHRA GORDON, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:20-CV-84-CDL |
| | * | |
| BRIAN ROWLEY, Individually and as Vice President of South East Region Sales, and U.S. BANK NATIONAL ASSOCIATION, | * | |
| | * | |
| Defendants. | | |

## **J U D G M E N T**

Pursuant to the jury verdict dated March 16, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $167,441.75. The amount shall accrue interest from the date of entry of judgment at the rate of 5.12 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 17th day of March, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk