IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BUSHRA GORDON, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:20-cv-84-CDL |
| | * | |
| BRIAN ROWLEY, Individually as a Vice President of South East Region Sales, and U.S. BANK NATIONAL ASSOCIATION, | * | |
| | * | |
| Defendants. | | |

## **A M E N D E D   J U D G M E N T**

Following the jury verdict on March 16, 2023, and the original judgment entered March 17, 2023, the parties filed a Consent Motion to Amend the Judgment [ECF 112] which was granted by Order [ECF 113]; therefore, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $0.00 with no interest accruing on the original judgment.

This 1st day of May, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk